IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**KENNETH RAY PITTS,**                                                                                    **PLAINTIFF**
**ADC #085938**

v.                                           2:22CV00044-JM-JTK

**TRACY BENNETT, et al.**                                                                                **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney and the objections filed by the Plaintiff, Mr. Pitts. In his objections, Plaintiff makes conclusory statements that he objects to the magistrate judge's dismissal for failure to state a claim and complains that he has not been allowed to amend his complaint. He argues that the Court should use the Utah statute of limitations in this case and that the Court should apply a general personal injury statute of limitation to his claims instead of one for specific torts. However, the alleged deliberate indifference to Plaintiff's medical needs by the Defendants took place in Arkansas. There is no allegation that any conduct occurred in Utah. The Court finds that the Arkansas three-year statute of limitations is applicable. Plaintiff also refers to several claims which are not part of his complaint including age discrimination in employment, discrimination in schools, and religious discrimination. After review of the record, the Court finds that amendment of the complaint in this case would be futile.

After carefully considering Mr. Plaintiff's timely filed objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and

Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's official-capacity claims are DISMISSED without prejudice for failure to state a claim on which relief may be granted.

2. Plaintiff's time-barred claims are DISMISSED.

3. Plaintiff's extra blanket, double cuff, medical shoes, aspirin, skin cream, pancreas medication, Loratadine, and hernia claims are DISMISSED for failing to meet the imminent danger exception. If Plaintiff's wishes to proceed with these claims, he must first pay the $402 administrative and filing fee.

4. Plaintiff's claims against Defendants Griffin, Davis, River, and Bennett are DISMISSED without prejudice.

5. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an in forma pauperis appeal taken from any Order adopting this recommendation is considered frivolous and not in good faith.

Dated this 6th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE