IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**KENNETH RAY PITTS,** **PLAINTIFF**
**ADC #085938**

v. CASE NO: 2:22CV00044-JM-JTK

**TRACY BENNETT, et al.** **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. After carefully considering Mr. Pitts' timely filed objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant Kerstein's Motion for Summary Judgment on the issue of exhaustion (Doc. No. 30) is GRANTED.

2. Plaintiff's claims against Defendant Kerstein are DISMISSED without prejudice for failure to exhaust administrative remedies.

3. Defendant Kerstein is DISMISSED as a party from this lawsuit.

4. Plaintiff's Complaint (Doc. No. 2) is DISMISSED.

5. Plaintiff's motions (Docs. No. 44, 46, 47, and 48) are DENIED as MOOT.

5. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from any Order adopting these recommendations and the accompanying

Judgment would not be taken in good faith.

Dated this 14th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE