# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**KENNETH RAY PITTS,**  **PLAINTIFF**
**ADC #085938**

v.  CASE NO: 2:22CV00044-JM

**TRACY BENNETT, et al.**  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied.   The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 14th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE